UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER COPELAND,

                Plaintiff,        08 **CIVIL** 9060 (DC)

      -against-              **JUDGMENT**

FORTIS, FORTIS BANK S.A./N.V., et.al.,
                Defendants.
-----------------------------------------------------------X

        The defendants having moved to dismiss, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on February 18, 2010, having rendered its Opinion granting defendants' motion to dismiss with prejudice, and closing the case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 18, 2010, the defendants' motion to dismiss is granted with prejudice for lack of subject matter jurisdiction; accordingly, **this case is closed**

**Dated:** New York, New York
        February 22, 2010

                                  J. MICHAEL McMAHON
                                  **Clerk of Court**

BY:
                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____